Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 29 PM 4:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 0619**

The person charged as __Jose Manuel Gonzalez__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__

with __Bank Fraud__, in violation of __Title 18 USC 1344, 2 - Bank Fraud__

· The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 2/29/08

_____
Tyler Babcock, US Postal Inspector
(Name)
~~Deputy United States Marshal~~

Reviewed and Approved:
Date: 2/28/08

_____
Caleb Mason
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, Plaintiff(s) | CASE NUMBER: SA CR 07<br>**SA CR 07 - 00288** |
|---|---|
| v.<br>JOSE MANUEL GONZALEZ, Defendant(s) | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ JOSE MANUEL GONZALEZ _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information     ☐ Order of Court    ☐ Violation Petition           ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U..S.C. § 1344: Bank Fraud; 18 U.S.C. § 2: Aiding and Abetting

in violation of Title _____ 18 _____ United States Code, Section(s) 1344, 2

| Sherri R. Carter | | |
|---|---|---|
| NAME OF ISSUING OFFICER | DEC 1 2 2007 | SANTA ANA, CA |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE | |
| TITLE OF ISSUING OFFICER | | |
| DODJIE GARGANTOS | BY: ARTHUR NAKAZATO | |
| SIGNATURE OF DEPUTY CLERK   1144 | NAME OF JUDICIAL OFFICER | |

### RETURN
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                  PAGE 1 of 2

Case 8:07-cr-00288-UA    Document 1    Filed 12/12/2007    Page 1 of 4

**ORIGINAL**


FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 1 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

OCTOBER 2007 GRAND JURY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR 0**SA CR 07 - 00288** |
| ) | |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | |
| ) | [18 U.S.C. § 1344: Bank Fraud; |
| v. ) | 18 U.S.C. § 2: Aiding and |
| ) | Abetting] |
| ) | |
| HUMBERTO RAUL BELTRAN and ) | |
| JOSE MANUEL GONZALEZ, ) | |
| ) | |
| Defendants. ) | |

The Grand Jury charges:

<u>COUNTS ONE THROUGH SIX</u>

[18 U.S.C. §§ 1344 and 2]

I.  <u>INTRODUCTION</u>

1.  At all times pertinent to this indictment, Wells Fargo Bank was a federally-insured financial institution.

2.  At all times pertinent to this indictment, Bank of the West was a federally-insured financial institution.

JLW:jlw

II. THE FRAUDULENT SCHEME

3. Beginning on or about November 1, 2006, and continuing to on or about November 15, 2006, in Orange and Los Angeles Counties, within the Central District of California and elsewhere, defendants HUMBERTO RAUL BELTRAN and JOSE MANUEL GONZALEZ, and others unknown to the Grand Jury, aiding and abetting one another, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud Wells Fargo Bank and Bank of the West and to obtain money owned by and in the custody and control of said financial institutions by means of material false and fraudulent pretenses, representations, and promises.

4. The fraudulent scheme operated in the following manner:

a. Defendants BELTRAN and GONZALEZ knowingly deposited counterfeit and forged checks into checking accounts at Wells Fargo Bank and thereafter withdrew money from those accounts.

b. Defendants BELTRAN and GONZALEZ also knowingly cashed counterfeit and forged checks at Wells Fargo Bank branches that were drawn on victim accounts at Wells Fargo Bank and Bank of the West.

c. Defendants BELTRAN and GONZALEZ caused $41,765 in loss to Wells Fargo Bank and $13,892 in loss to Bank of the West.

III. EXECUTION OF THE FRAUDULENT SCHEME

5. To execute the above-described fraudulent scheme, defendants committed the following acts, among others, on or about the specified dates:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | November 9, 2006 | Defendant GONZALEZ deposited a counterfeit and forged check in the amount of $7,500 drawn on Postal Zone's Bank of the West business account into the Challenger Express Wells Fargo Bank business account. |
| TWO | November 10, 2006 | Defendant GONZALEZ deposited a counterfeit and forged check in the amount of $7,500 drawn on D.A.'s and N.A.'s Wells Fargo Bank personal account into GONZALEZ's Wells Fargo Bank personal account. |
| THREE | November 10, 2006 | Defendant BELTRAN cashed a counterfeit and forged check in the amount of $4,200 drawn on D.A.'s and N.A.'s Wells Fargo Bank personal checking account. |
| FOUR | November 12, 2006 | Defendant GONZALEZ withdrew $5,000 from his Wells Fargo Bank personal account. |
| FIVE | November 13, 2006 | Defendant BELTRAN cashed a counterfeit and forged check in the amount of $4,700 drawn on the Challenger Express Wells Fargo Bank business account. |

| | | |
|---|---|---|
| SIX | November 13, 2006 | Defendant BELTRAN cashed a counterfeit and forged check drawn on the Challenger Express Wells Fargo Bank business account in the amount of $4,300. |

A TRUE BILL

_____(S)_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office

4

BP-S377.058  **PRISONER REMAND** ··CDFRM
FEB 04
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | Register Number 07387-298 | P I C T U R E |
|---|---|---|

| Name: Last GONZALEZ | First JOSE | Middle MANUEL | |
|---|---|---|---|

AKAs:

| Race (Check) _B _W✓ _A _I | Sex (Check) ✓M _F | Ethnic Origin (Check) ✓Hispanic or _Other | D.O.B. 2-23-1978 | SSN: 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 | FBI: 2K6320NE2 INS: Other: |
|---|---|---|---|---|---|

CHARGES
   CHECK CATEGORY OF CHARGES(S):
      ✓ FELONY        ___ MISDEMEANOR        ___ CIVIL CONTEMPT        ___ MATERIAL WITNESS
OTHER
   NARRATIVE Title: 18 USC: 1344 BANK FRAUD
   NARRATIVE Title: ___ USC: ___

Date of Offense: 12/2006    Date of Arrest: 2-29-08    Place of Arrest: San Ysidro

| State of Birth CA | Country of Birth US | Citizenship US | Current Address _____ | Zip Code _____ |
|---|---|---|---|---|

| Height Ft: 5  In: 07 | Weight 1100 | Hair BRO | Eyes BRO | Scars / Marks / Tattoos LT. SHOULDER / BACK / RT ARM |
|---|---|---|---|---|

| Injuries / Medication NONE | Emergency Contact: (Name, Address, Phone Number) _____ |
|---|---|

| Arraigned _Y ✓N | Sentenced _Y ✓N | Special Handling: _Y ✓N Remarks: | (619)318-1965(cell) |
|---|---|---|---|

| IN | IN | IN | IN | IN |
|---|---|---|---|---|
| Remanding Official (Name) Sign _____  Print TYLER BABCOCK | | Agency/District US POSTAL INSPECTION SOUTHERN DISTRICT | | Phone/24 Hour Number 858 876 5322 |
| OUT | OUT | OUT | OUT | OUT |
| Removing Official (Name) Sign  Print | | Agency/District | | Phone/24 Hour Number |

**FOR BOP USE ONLY**

| Receiving Official (Name) Sign _____  Print N. PORTER | Date / Time 2-25-08 1415 pm | Releasing Official (Name) Sign  Print | Date / Time |
|---|---|---|---|

| Sentry Load Data: (Must Initial) Name Search Completed by: _____ Clearance/Separate Checked by: _____ | (OPTIONAL USE) ARS Code L.PWC  Staff Init. ___ Add AKA's Create Cash Account Deposit Cash ___ Amt. ___ Detainers Court Clothing Bag # 0705 | RIGHT THUMBPRINT |
|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

(This form may be replicated via WP)          This form replaces BP-S377(58) and BP-377(58) of JUL 91


PRINTED ON RECYCLED PAPER