1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org

6  Attorneys for Defendant

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE CATHY A. BENCIVENGO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0619 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JOSE MANUEL GONZALEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                    Respectfully submitted,


Dated: March 4, 2008                */s/ DAVID M. C. PETERSON*
                                    DAVID M.C. PETERSON
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 4, 2008                  /s/ *DAVID M. C. PETERSON*
                                                    DAVID M.C. PETERSON
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA  92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    David_Peterson@fd.org (email)