# Minutes of the United States District Court
## Southern District of California
### MARCH 11, 2008

**HON. CATHY ANN BENCIVENGO**     **DEPUTY CLERK: L. HERNANDEZ**

---

TAPE NO. CAB08-9:47-9:53

08MJ0619-CAB     USA     vs.     JOSE MANUEL GONZALEZ (1)(C)**07387298**

REMOVAL & IDENTITY HEARING/BOND HEARING

DAVID M.C. PETERSON, FD (1)

AUSA: CHARLOTTE KAISER

---

DETENTION HRG NOT HELD.
[3-1] MOTION TO DETAIN - GOVT WITHDRAWS MOTION

REMOVAL & IDENTITY HEARING HELD.
DFT ADMITS TO IDENTITY; WAIVER FILED.

BOND HEARING HELD; PARTIES STIPULATE TO BOND.
COURT SETS BOND AT $15,000 P/S, SECURED BY SIGNATURE OF
DFT AND ONE (1) FINANCIALLY RESPONSIBLE ADULT.
COURT FURTHER ORDERS THE DFT TO SELF-SURRENDER TO THE CENTRAL DISTRICT
OF CALIFORNIA (SANTA ANA) ON 3/24/08 AT 10:00 AM.
BOND TO BE SUBMITTED TO THE COURT.
ORDER OF REMOVAL WILL BE SIGNED UPON SUBMISSION OF THE BOND.