# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Jose Manuel Gonzalez )

CASE NUMBER  08 mj 0619

ABSTRACT OF ORDER

Booking No. 07387298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  3-13-08  the Court entered the following order:

- __X__ Defendant be released from custody.
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- __X__ Defendant released on $ 15,000 P/S bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- _____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- _____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- _____ Case Dismissed.
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- __X__ Other. Dft to Self-Surrender to Central Dist CA (Santa Ana) on 3/24/08 @ 10:00 am

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)       ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY