FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **08MJ0619** |
| Plaintiff, ) | |
| ) | **ORDER OF REMOVAL** |
| vs. ) | **(Defendant Not in Custody)** |
| ) | |
| **JOSE MANUEL GONZALEZ**, ) | |
| Defendant. ) | |

An indictment having been filed in the Central District of California, charging defendant **JOSE MANUEL GONZALEZ** with bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2. Defendant **JOSE MANUEL GONZALEZ** was arrested on February 29, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **JOSE MANUEL GONZALEZ** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **JOSE MANUEL GONZALEZ**, appear before United States Magistrate Judge Marc L. Goldman, United States Courthouse, 411 West Fourth Street, Courtroom 6A, Santa Ana, California 92701 on Monday, March 24, 2008 at 10:00 a.m. for further proceedings.

Dated: March 13, 2008

**HONORABLE CATHY A. BENCIVENGO**
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02