# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
08 APR -3 PM 2:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

March 25, 2008



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Clerk, U.S. District Court
Central District of California
G-8 United States Courthouse,
312 North Spring Street
Los Angeles, CA 90012-4701

Re:   08mj619 CAB, USA v. Jose Manuel Gonzalez

8:07 CR 288 - GHK-2

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond | | |
| x | Other   Removal/ID Hearing Minutes | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ___s/ J. Jocson___
Jenelynn Jocson, Deputy Clerk